IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff-Respondent, | § | |
| | § | |
| v. | § | Cr. No. C-00-338(2) |
| | § | |
| JULIO CESAR VELASQUEZ, | § | |
| | § | |
| Defendant-Movant. | § | |

## ORDER DENYING LETTER MOTION FOR DISCOVERY

By Order signed and entered on December 30, 2008, the Court denied Defendant Julio Cesar Velasquez's ("Velasquez") letter motion seeking a copy of his sentencing transcript. (See D.E. 168, denying D.E. 167.) As the Court noted in that Order, Velasquez has no active proceedings before this Court. He has already filed a motion pursuant to 28 U.S.C. § 2255, which was denied in Mary 2005. On July 22, 2005, the Fifth Circuit dismissed his appeal from that denial because he failed to timely pay the docketing fee. (D.E. 145.)

The Clerk has now received another letter from Velasquez, in which he asks for "a copy of [his] current (Discovery)." (D.E. 169 at 1.) The Court is not sure what "discovery" Velasquez is seeking. In any event, because he has no active proceedings before this Court, Velasquez is not entitled to transcripts or other portions of the record at government expense. See 28 U.S.C. § 753(f); see also D.E. 168.)

1

Accordingly, Velasquez's letter motion for a copy of "current discovery" (D.E. 169) is DENIED.

It is so ORDERED this 10th day of March, 2009.

_____
Janis Graham Jack
United States District Judge